concur.

Cupp, J., not participating.

# MOTION AND PROCEDURAL RULINGS

**2000–0729. State v. Smith.**
Cuyahoga App. No. 75512. On motion to dismiss pursuant to R.C. 2505.02. Motion denied as moot.

**2010–2059. State ex rel. Am. Subcontractors Assn., Inc. v. Ohio State Univ.**
In Mandamus. On complaint in mandamus of American Subcontractors Association, Inc., and respondent's answer. Sua sponte, an alternative writ is granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 10.6:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after filing of respondent's brief.

McGee Brown, J., not participating.

**2010–2093. In re T.M.**
Lucas App. Nos. L–10–1245 and L–10–1246, 2010-Ohio-5506. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at pages 4–5 of the court of appeals' Decision and Judgment filed November 8, 2010:

"Do the delayed appeal provisions of App.R. 5 extend to cases involving the termination of parental rights and privileges?"

O'Connor, C.J., and O'Donnell, J., dissent.

The conflict case is *In re Westfall Children*, Stark App. No. 2006 CA 00196, 2006-Ohio-6717.

**2010–2135. State v. Curtis.**
Brown App. No. CA2010–02–002. On motion for leave to file delayed appeal. Motion granted.

O'Connor, C.J., and O'Donnell and Lanzinger, JJ., dissent.

**2010–2148. Havel v. Villa St. Joseph.**
Cuyahoga App. No. 94677, 2010-Ohio-5251. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed November 22, 2010:

"Whether R.C. 2315.21(B), as amended by S.B. 80, effective April 7, 2005, is unconstitutional, in violation of Section 5(B), Article IV of the Ohio Constitution, because it is a procedural law that conflicts with Civ.R. 42(B)."

Pfeifer and O'Donnell, JJ., dissent.

The conflict case is *Hanners v. Ho Wah Gentling Wire & Cable*, Franklin App. No. 09AP–361, 2009-Ohio-6481.

**2010–2151. State v. Holman.**
Cuyahoga App. Nos. 93869 and 93870, 2010-Ohio-4886. On motion for leave to file delayed appeal. Motion granted.

O'Connor, C.J., and O'Donnell and Lanzinger, JJ., dissent.

**2010–2164. State v. Prater.**
Butler App. No. CA2010–08–213. On motion for leave to file delayed appeal. Motion denied.

O'Donnell and McGee Brown, JJ., dissent.

**2010–2165. State v. Humr.**
Portage App. No. 2010–P–0004, 2010-Ohio-5057. On motion for leave to file delayed appeal. Motion granted.

O'Connor, C.J., and O'Donnell and Lanzinger, JJ., dissent.

**2010–2181. State v. Bruggeman.**
Auglaize App. No. 2–10–17. On motion for leave to file delayed appeal. Motion denied.